Michael Yesk, Esq.
CA Bar No. 130056
YESK LAW
51 Pomo Ct.
Bay Point, CA 94565-6727
925-849-5525
yesklaw@gmail.com
Attorney for Debtor
Christopher M. Turk

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER M. TURK, <br><br>　　　　Debtors | ) Case No. 22-40440 RLE 7 <br> ) Chapter 7 <br> ) <br> ) DEBTOR'S NOTICE OF MOTION AND <br> ) MOTION TO VALUE LIEN <br> ) (FRBP 3012 and IRC §506) |

TO THE CREDITOR JOHN C. SCHALLER, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS GIVEN that Debtor moves this court for an order, pursuant to FRBP 3012, IRC §506, BLR 9014-1 upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), (1) Valuing a lien on the Real Property located at 30 Rapallo Ct., Pittsburg CA 94565 and (2) Valuing a lien on the personal property (Personal Property) set forth in Schedule B.

Notice and Opportunity for Hearing:

"Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, (either):

The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or

The tentative hearing date, location and time are (insert date location and time)."

Debtor requests that this court issue an order valuing the subject liens pursuant to this motion.

DATED: July 13, 2022                     /s/ Michael Yesk
                                    Michael Yesk, attorney for Debtor

NOTICE OF MOTION AND MOTION TO VALUE COLLATERAL
(FRBP 3012 and IRC §506)
2

## COURT SERVICE LIST

ECF RECIPIENTS